## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-8651-GW-JCx | Date | June 12, 2025 |
|---|---|---|---|
| Title | *Cathryn Kennedi v. Midland Credit Management, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On June 12, 2025, Plaintiff Cathryn Kennedi filed a Notice of Settlement [40]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 35 days. The Court sets an order to show re: settlement hearing for July 28, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on July 24, 2025.

|  | : |
|---|---|
| Initials of Preparer | JG |