JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHRYN KENNEDI, | Case No. CV 24-8651-GW-JCx |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| MIDLAND CREDIT MANAGEMENT, INC., et al | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal filed by the Plaintiff on July 14, 2025, IT IS HEREBY ORDERED THAT Plaintiff's causes of action against Defendants, DEFENDANTS MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC., are dismissed with prejudice. Further, Plaintiff's action is dismissed in its entirety. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 17, 2025

_____
HON. GEORGE H. WU,
United States District Judge

Order of Dismissal